# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:19-cr-00094-JAD-GWF |
| | ) | |
| RUBEN CASTRO-DELGADILLO | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe. | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | April 25, 2019 at 3:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 24, 2019

_____
*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*



```
_x_ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         APR 24, 2019

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:                           DEPUTY
```