# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-094-JAD-EJY |
| Plaintiff, | ORDER |
| v. | ECF No. 27 |
| RUBEN CASTRO-DELGADILLO, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, October 7, 2019 at 9:30 a.m., be vacated and continued to December 9, 2019, at the hour of 10:15 a.m.

DATED this 13th day of September, 2019.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE