# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUBEN CASTRO-DELGADILLO,<br><br>    Defendant. | Case No. 2:19-cr-00094-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 29 |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on Monday, December 9, 2019 at the hour of 10:15 a.m., be vacated and continued to February 3, 2020, at the hour of 10:00 a.m.

DATED this 20th day of November, 2019.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE