# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUBEN CASTRO-DELGADILLO,<br><br>    Defendant. | Case No. 2:19-cr-0094-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 31 |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on Monday, February 3, 2020 at the hour of 10:00 a.m., be vacated and continued to March 16, 2020, at the hour of 11:00 a.m.

    DATED this 30th day of January, 2020.

    _____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE