# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RUBEN CASTRO-DELGADILLO,<br><br>  Defendant. | Case No. 2:19-cr-00094-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 41 |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, April 27, 2020 at 9:00 a.m., be vacated and continued to July 6, 2020, at 11:00 a.m.

    DATED this 23rd day of April, 2020.

                                                                         _____
                                                                   UNITED STATES DISTRICT JUDGE