UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUBEN CASTRO-DELGADILLO,<br><br>    Defendant. | Case No. 2:19-cr-00094-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 44 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Monday, July 6, 2020 at 11:00 a.m., be vacated and continued to September 14, 2020, at 3:00 p.m.

DATED this 2nd day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

3